UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION | Case No.:  3:16-md-02691-RS<br>MDL No. 2691<br><br>Case No: <br><br>**Master Short Form Complaint** |
| *Philip Bader*<br><br>          Plaintiff(s)<br><br>v.<br><br>*Pfizer Inc.*<br><br>          Defendant(s) | |

Plaintiff(s), Philip N. Bader, incorporates by reference the Plaintiffs' Master Long Form Complaint(s) filed with United States District Court for the Northern District of California in the matter of *In re: Viagra (Sildenafil Citrate) and Cialis (Tadalafil) Products Liability Litigation*. Plaintiff(s) further show the court as follows:

1. Defendant(s) against whom Complaint is made:

    a.  ___  Eli Lilly and Company

    b.  _X_  Pfizer Inc.

    c.  ___  Other (specify Defendant) _____

2. Plaintiff's Full Name:

    a.           Philip Nicholas Bader

3. Name of the party or deceased who ingested Viagra/Revatio (sildenafil citrate) (hereinafter "Viagra") and/or Cialis/Adcirca (tadalafil) (hereinafter "Cialis") and suffered injury, if different than Plaintiff:

    a.           N/A

4. Name of additional or other Plaintiff, including loss of consortium Plaintiff(s) (i.e. administrator, executor, guardian, conservator):
    a. _____N/A_____

5. Plaintiff's current city and state of residence:
    a. Winter Haven, FL

6. District Court in which venue would be proper absent direct filing:
    a. United States District Court for the Middle District of Florida

7. City and state of Plaintiff or Decedent when he/she was diagnosed with melanoma:
    a. Lakeland, FL

8. Approximate dates that the Plaintiff or Decedent ingested Viagra (if applicable):
    a. Start date: 10/12/2013
    b. Stop date: 3/8/2017

9. Approximate dates that the Plaintiff or decedent ingested Cialis (if applicable):
    a. Start date: N/A
    b. Stop date: N/A

10. Date(s) that Plaintiff was diagnosed with melanoma which he/she alleges was caused by Viagra and/or Cialis:
    a. 5/13/2016

11. Date of death of Decedent, if applicable:
    a. N/A

12. Master Complaint Adopted (check one or both):
    a. X  Pfizer Master Complaint
    b. ___ Eli Lilly Master Complaint

13. Counts in the Master Complaint(s) brought by Plaintiff(s):
    a. Count 1 (Negligence): X
    b. Count 2 (Gross Negligence): X
    c. Count 3 (Negligence Per Se): X

1  d. Count 4 (Unfair and Deceptive Trade Practices: Unfairness)  __X__
2  e. Count 5 (Unfair and Deceptive Trade Practices: Fraud) _X__
3  f. Count 6 (Unfair and Deceptive Trade Practices: Unlawfulness) _X__
4  g. Count 7 (Strict Liability – Defective Design):  __X__
5  h. Count 8 (Strict Liability – Failure to Warn):  __X__
6  i. Count 9 (Failure to Test):  ___X___
7  j. Count 10 (Breach of Express Warranty): _X___
8  k. Count 11 (Breach of Implied Warranty): _X___
9  l. Count 12 (Fraudulent Misrepresentation and Concealment):  __X__
10 m. Count 13 (Negligent Misrepresentation and Concealment):  __X__
11 n. Count 14 (Fraud and Deceit):  __X___
12 o. Count 15 (Willful, Wanton, and Malicious Conduct):  __X__
13 p. Count 16 (Unjust Enrichment):  _X___
14 q. Count 17 (Loss of Consortium): _____
15 r. Count 18 (Survival): _____
16 s. Count 19 (Wrongful Death): _____
17 t. Count 20 (Punitive Damages):  __X___
18 u. Other: _____

19 14. Jury Demand
20  a. Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand a trial
21    by jury as to all claims in this action: Yes X__  No ___

23  Dated this the __16th__ day of _____April_____, __2019__.

Respectfully submitted on behalf of the Plaintiff(s),

/s/    *Michael B. Lynch*
Signature

Michael B. Lynch (SBN 219214)

3

Short Form Complaint
3:16-MD-02691-RS

THE MICHAEL BRADY LYNCH FIRM
127 West Fairbanks Avenue, Suite 528
Winter Park, Florida 32789
Telephone: (877) 513-9517
Facsimile: (321) 972-3568

/s/      *Levi Plesset*
Signature

Levi Plesset (SBN 296039)
MILSTEIN JACKSON FAIRCHILD & WADE, LLP
10250 Constellation Blvd., 14th Floor
Los Angeles, CA 90067
Telephone: (888) 835-8055
Facsimile: (310) 396-9635